UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHER CONRAD SUAREZ,

Plaintiff,

v.

JEFFREY BEARD, et al.,

Defendants.

Case No.  15-cv-05756-HSG

**ORDER DENYING REQUEST TO RELATE CASES**

Re: Dkt. No. 8

Plaintiff has requested that the instant action be related to *Ashker v. Governor*, No. C 09-05796 CW (N.D. Cal.), and transferred to Judge Claudia Wilken.  Docket No. 8.  Plaintiff's request is DENIED without prejudice to refiling in *Ashker v. Governor*.  Pursuant to Local Rule 3-12(b), an administrative motion to consider whether cases should be related should be filed in the lowest-numbered case.  L. R. 3-12(b).  Accordingly, Plaintiff's request to relate cases should be filed in *Ashker v. Governor*, No. C 09-05796 CW, with a courtesy copy filed in the instant action.

**IT IS SO ORDERED.**

Dated:  4/29/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California