IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,** | C 09-05796 CW |
| Plaintiffs, | **ORDER DENYING MOTION TO RELATE CASES** |
| **v.** | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

On July 18, 2016, Maher Suarez, a state inmate housed at California State Prison—Solano, filed an administrative motion to relate his individual civil-rights case, captioned *Suarez v. Beard, et al.*, No. 15-5756 HSG (N.D. Cal.) (*Suarez*), and this case (*Ashker*). On July 22, 2016, the *Suarez* Defendants opposed Suarez's motion. Having considered the parties' submissions and the rules that govern administrative motions to relate cases, the Court finds that *Suarez* and *Ashker* are not related.

Suarez has failed to show that the cases "concern substantially the same parties, property, transaction or event," and that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different

1 Judges." N.D. Civil L.R. 3-12(a). Accordingly, Suarez's motion to relate his individual case and
2 *Ashker* is DENIED.
3 **IT IS SO ORDERED.**

Dated: July 28, 2016

The Honorable Claudia Wilken
United States District Court Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER SUAREZ, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>JEFFREY BEARD, et al., <br><br>　　　　Defendants. | Case No.  15-cv-5756 HSG (PR) <br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on July 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maher Suarez V-82078  
P O Box 4000  
Vacaville CA 95696

Dated: July 28, 2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong  
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____  
　　　　　　　　　　　　　　　　　　　　Doug Merry, Deputy Clerk to the  
　　　　　　　　　　　　　　　　　　　　Honorable CLAUDIA WILKEN

3